313 So.2d 564

**In re Robert I. FERGUSON**

**v.**

**STATE of Alabama.**

**Ex parte Robert I. Ferguson.**

**SC 1226.**

Supreme Court of Alabama.

May 8, 1975.

Howell, Johnston, Langford, Finkbohner & Lawler, Mobile, for petitioner.

None for respondent.

ALMON, Justice.

Writ denied.

MERRILL, BLOODWORTH, MADDOX, JONES, SHORES and EMBRY, JJ., concur.

HEFLIN, C. J., and FAULKNER, J., dissent.

HEFLIN, Chief Justice (dissenting):

I would grant the writ for the reasons set out in my dissenting opinion in Hadley v. State, 288 Ala. 293, 259 So.2d 853.